| B104 (Rev. 2/92) | ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING (Court Use Only) |
|---|---|---|
| **PLAINTIFFS** <br> Ieeshia K. Lawrence | **DEFENDANTS** <br> University of Houston-Downtown <br> Fed Loan Servicing <br> Texas A&M Universtiy <br> Navient | United States District Court <br> Southern District of Texas <br> **FILED** <br> FEB 0 3 2017 <br> David J. Bradley, Clerk of Court |
| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) | |

PARTY (Check one box only)   [✓] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [ ] 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint of student loan debt causing an undue hardship, requesting discharge.

**NATURE OF SUIT**
(Check the one most appropriate box only.)

- [ ] 454 To Recover Money or Property
- [ ] 435 To Determine Validity, Priority, Extent of a Lien or Other Interest in Property
- [ ] 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- [ ] 424 To object or to revoke a discharge 11 U.S.C. § 727
- [ ] 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- [✓] 426 To determine the dischargeability of a debt 11 U.S.C. § 523
- [ ] 434 To obtain an injunction or other equitable relief
- [ ] 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
- [ ] 456 To obtain a declaratory judgment relating to any of the foregoing causes of action
- [ ] 459 To determine a claim or cause of action removed to a bankruptcy court
- [ ] 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.)   [✓] 1 Original Proceeding   [ ] 2 Removed Proceeding   [ ] 4 Reinstated or Reopened   [ ] 5 Transferred from Another Bankruptcy Court   [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND | NEAREST THOUSAND $101.00 | OTHER RELIEF SOUGHT | [ ] JURY DEMAND |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR <br> Ieeshia Keyonnie Lawrence | BANKRUPTCY CASE NO. <br> 17-30216 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING <br> Southern District of Texas | DIVISIONAL OFFICE <br> Houston | NAME OF JUDGE <br> Jeff Bohm |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

FILING FEE   (Check one box only.)   [ ] FEE ATTACHED   [✓] FEE NOT REQUIRED   [ ] FEE IS DEFERRED

| DATE <br> 01/30/2017 | PRINT NAME <br> Ieeshia K. Lawrence | SIGNATURE OF ATTORNEY (OR PLAINTIFF) <br> /s/ Lawrence |
|---|---|---|