

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/30/2017

| | | |
|---|---|---|
| In re:<br><br>IEESHIA KEYONNIE LAWRENCE,<br><br>Debtor. | § § § § § § § | Case No. 17-30216<br><br>Chapter 7 |
| IEESHIA KEYONNIE LAWRENCE,<br><br>Plaintiff<br><br>v.<br><br>FED LOAN SERVICING, UNIVERSITY OF HOUSTON-DOWNTOWN, TEXAS A&M UNIVERSITY, AND NAVIET,<br><br>Defendants. | § § § § § § § § § § § § § § § | Adversary No. 17-3040 |

### ORDER DISMISSING THIS ADVERSARY PROCEEDING
[This Order Relates to Adv. Doc. No. 1]

On March 30, 2017, this Court held a status conference in the above-referenced adversary proceeding. The Plaintiff, who is also the debtor in the main Chapter 7 case, and who represents herself *pro se*, failed to appear at this status conference. Because she failed to appear, the Court finds that this adversary proceeding should be dismissed. A second distinct and independent reason for dismissal of this adversary proceeding is that this Court dismissed the main Chapter 7 case on February 23, 2017. [Main Case No. 17-30216, Doc. No. 24]. For these reasons, it is therefore:

ORDERED that this adversary proceeding is dismissed; and it is further

ORDERED that the Clerk of Court shall close this file; and it is further

ORDERED that the Clerk of Court shall send a copy of this Order to the Plaintiff at the following address: 10430 Kentington Oak Dr., Humble, Texas 77396.

Signed on this 30th day of March, 2017.

_____
Jeff Bohm
United States Bankruptcy Judge